General Complaint

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

Shelley Sonict

25350 Private Road 4721

Justin, Tx 76247

List the full name of each plaintiff in this action.

VS.

Major League Realty, Inc.

FM 156, Justin Tx 76247

(940) 648-0382

List the full name of each defendant in this action.
Do not use "et al".

Case Number : 4:14cv131

Schell/Bush

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAR 4 - 2014

BY DAVID J. MALAND, CLERK
DEPUTY _____

Attach additional pages if necessary.

I.     ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A.     In the preparation of this suit, I have attempted to secure the aid of an
attorney as follows: (circle one)

1.   Employ Counsel
2.   Court - Appointed Counsel
3.   Lawyer Referral Service of the State Bar of Texas,
P. O. Box 12487, Austin, Texas 78711.

B.     List the name(s) and address(es) of the attorney(s):

HUD Region 6 Fort worth Texas

Legal aid of North Texas, Denton Texas

Several Lawyers

C.      Results of the conference with counsel:

No one would provide legal aid because I would not sign a lease with a company that was breaking the law and retaliating against me, but my emotionally disabled ex move in even though he was aware they were breaking the law. He left me homeless.

II.      List previous lawsuits:

A.      Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents?     ✓ Yes     _____ No

B.      If your answer to "A" is "yes",  describe the lawsuit in the space below.
If there is more than one lawsuit, attach a separate piece of paper describing each.

1.      Approximate file date of lawsuit: original filing 12-12-12  (12-83134

2.      Parties to previous lawsuit(s):

Plaintiff Shelley Sonlet

Defendant Major League Realty, Inc.

Attach a separate piece of paper for additional plaintiffs or defendants.

3.      Identify the court the lawsuit was filed. If federal, name the district.  If state, name the county.

County Court at Law #2

4.      Docket number in other court. CV - 2013 - 00884

5.      Name of judge to whom the case was assigned.
Robert C. Ramirez

6.      Disposition: Was the case dismissed, appealed or still pending?

Case non-Suited or Dismissed by Plaintiff

7.      Approximate date of disposition. 7-8-13   - 8-12-13

III.    Parties to this suit:

A.    List the full name and address of each plaintiff:

Pla #1 _Shelley Soniat_____

_____25350 Private Road 4721_____

_____Justin, Texas   76247_____

Pla #2 _____

_____

_____

B.    List the full name of each defendant, their official position, place of employment and full mailing address.

Dft #1:___Major League Realty, Inc._____

_____517 Fm 156_____

_____Justin, Texas  76247_____

Dft #2:_____

_____

_____

Dft #3 _____

_____

_____

Attach a separate sheet for additional parties.

IV:     Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is involved.  Include the names of other persons involved with dates and places.  Do not give any legal arguments or cite cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Use as much space as you need, attaching additional pages if necessary.

This cause is for a;

1. Fair housing violation

2. Civil Rights violation

3. Refusal of a reasonable accommodation.

Please see attached Brief Description of Cause and it's supporting attachments.

Brief Description of Cause:

The Plaintiff is requesting that this case be transferred from Civil Court in Denton County to Federal District Court so she can have an attorney appointed to this case. (See attachment Exhibit 1)

The Plaintiff is also asking that this case follow Soniat V. Jackson. III  Cause No: 4:14cv77 since the Defense in CV-2013-0084 has a question as to the Plaintiff's standing in CV-2013-0084.  (See attachment Exhibit 1 IV: Statement of Claim from 4:14cv77)

Attachments A parts 1-4, B and C were submitted to support Exhibit 2 IV: Statement of Claim from 4:14cv77

Exhibit 3 MOTION TO REQUEST A COURT APPOINTED ATTORNEY  Cause No: 4:14cv77

Exhibit 4 JURY DEMAND   Cause No: 4:14cv77

Exhibit 5 APPLICATION FOR A RESTRAINING ORDER    Cause No: 4:14cv77

These two cases are related as Cause No: 4:14cv77's main purpose is to establish the Plaintiff's standing in CV-2013-0084.

**The whole purpose of the Fair housing act is to prevent people in the housing industry from using their arrogance and hatred to deny housing to anyone in need of housing.  The Federal government recognized that housing is a basic need, and as a basic need, a civil right of every American.**

**The Fair housing act is clear set of laws, that are mandatory knowledge for anyone in the housing industry.  If these laws are violated it is illegal to threaten, coerce, intimidate or interfere with anyone who stands up for their rights or for assisting the rights of others.**

**My partner and I went to rent a house.  The property management company's employees broke the laws of the Fair housing act as well as the Texas property code.  They also violated procedures that are put into place to protect the safety of the tenants as well as the liability of the landlord.  I stood up for our rights and as a result the Broker retaliated against me.**

**After 7 years in property management I could not give her my business unless that situation was remedied.**

**I asked the landlord who had been my neighbor for many years to mediate since her representatives were breaking the law and my partner was inconsiderate of my feelings and thinks he can decide which laws should be followed and which laws are okay to break.**

**My Partner moved into the rental house even though he knew the landlord has refused my reasonable request for mediation.  This put him in breech of contract to me.**

**My Partner was very inconsiderate of my feelings and moved into the rental house managed by this property management company that was retaliating against me, even though I showed him the laws of the Fair housing act as well as the Texas property code.**

**You can not force someone to sign a legal document with a company that is breaking the law and**

retaliating against them.

Really what was going on was that the Brokers retaliating phone call triggered a rage PTSD reaction in me that went diagnosed until after my ex-partner moved out of the rental house in question.  This undiagnosed PTSD attack also triggered paranoia that would have made it impossible for me to live in this rental house without medical care or medication.

In my opinion the reason my ex-Partner was so inconsiderate of my feelings is because he is an emotionally disabled alcoholic who does not have good boundaries.  (See attachment Exhibit B) It is not his place to judge his partner but to be supportive of her.  He could not do that even though he was shown that there are laws in place to prevent this type of disaster in housing situations.

I did not tell the landlord that my partner is in my opinion an emotionally disabled alcoholic when I asked her to mediate because my partner asked me not to tell the property management company because he was embarrassed.  If I had disrespected his wishes as he did mine I would have been protected under the Fair housing act since he is a member of a protected class; and the Fair housing act offers protection to anyone residing or intending to reside with a disabled tenant.

The Fair housing act is designed to prevent anyone in the housing industry from using hatred and arrogance to deny housing to an American in need.

The 14th amendment says you can not have a law for one person that does not apply to another person.

That means you can not deny someone housing just because they are angry for being the victim of an illegal act.  An illegal that would not have happened if the employees of the property management company followed the laws of the Fair housing act in the first place.

Retaliating against someone for stand up for their rights is illegal before or after a lease is signed, so it stands to reason that it is illegal to hide behind a lease and retaliate against one partner and refuse to remedy that behavior unless the other partner stands up for them.

I am actually having to humiliate my ex-partner and sue him for breech of contract in order to get this property management company to recognize my rights in this rental transaction.

I tried to remedy this situation every legal way that I knew of.  It is my opinion that all of my legal efforts were meet with illegal or unethical retaliation.

I am requesting to take this case against Major League Realty CV-2013-0084 to a jury of my peers.

Respectfully submitted
by;
Shelley Soniat
25350 Private Road 4721
Justin, TX 76247
940-594-4053

V.    Relief: State Briefly exactly what you want the court to do for you.  Make no legal arguments and do not cite cases or statutes.  Attach additional pages if necessary.

a. Civil Penalties as requested herein;

b. actual damages and actual expenses;

c. Court cost; and

d. and other relief to which the Plaintiff is entitled.

e. I would like for this case to help prevent this from happening to anyone else in the future.

f Jury demand.

Signed this ___27___ day of ___February___, 20 _14_.
                                            (Month)                    (Year)

Shelley Sonict

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: ___27th of February, 2014___
                        Date

Shelley Sonict

Signature of each plaintiff